**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 565 MAL 2022

          Respondent            :

          :   Petition for Allowance of Appeal

          :   from the Order of the Superior Court

          v.                   :

TROY J. STEINBURGER,          :

          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 10th day of May, 2023, the Petition for Allowance of Appeal is **DENIED**.